McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR-S-04-305 DFL |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) v. ) | |
| ) | Date: February 8, 2007 |
| ROBERT FLORES, ) | Time: 10:00 a.m. |
| ) Defendant. ) | Ctrm: Hon. David F. Levi |
| ) | |

It is hereby requested and stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and the defendant Robert Flores, by and through his Counsel Michael Bigelow, that the hearing on judgment and sentence originally scheduled for November 2, 2006, be vacated and reset for February 8, 2007 at 10:00 a.m., that the following dates be set concerning the presentence report::

Draft Report To Parties: 12/28/06

Objections Due: 1/11/07

Final PSR: 1/18/07

1

    Motions to Correct Report Due: 1/25/07

    Any Replies To Motions: 2/1/07

DATED: October 10, 2006                    <u>/s/ Philip Ferrari for</u>
                                            MICHAEL BIGELOW, ESQ.
                                            Attorney for Defendant
                                            ROBERT FLORES

DATED: October 10, 2006                      McGREGOR W. SCOTT
                                            United States Attorney

                                   By:  <u>/s/ Philip A. Ferrari</u>
                                            PHILIP A. FERRARI
                                            Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: 10/10/2006

_____
DAVID F. LEVI
United States District Judge

2