**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217            **OK/HAV**

Attorney for Defendant
Robert Flores

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-04-305 DFL |
| ) Plaintiff ) | STIPULATTION AND ORDER |
| ) | FOR CONTINUING SENTENCING |
| v. ) | |
| ) | Date:   May 24, 2007 |
| ROBERT FLORES ) | Time:   10:00 AM |
| ) | Court: |
| Defendant ) | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday, April 24, 2007, at 2:00 PM, for sentencing be rescheduled for May 24, 2007 at 10:00 AM for sentencing.

   This stipulation and agreement is entered into for the following reasons: Defendant entered into a plea agreement with the government that included cooperation. The government has indicated that it wishes to meet with defendant at least one additional time prior to sentencing.

-1-

Assistant United States Attorney Phil Ferrari agrees with the above request.

**IT IS SO STIPULATED**

Dated: April 18, 2007          /S/ MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant


Dated: April 18, 2007          /S/PHIL FERRARI
                               Phil Ferrari, AUSA

**IT IS SO ORDERED**

April 26, 2007

                               /s/ David F. Levi
                               Hon. David F. Levi.
                               United States District Court Judge

-2-